# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD W. TANNERY,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RONALD J. ISRAEL, DISTRICT
JUDGE,
Respondents,
   and
ZIGMUNT A. AMARETTI; AND
MCDONALD ADRAS LLC,
Real Parties in Interest.

No. 68537

**FILED**

JAN 2 7 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING PETITION

Cause appearing, petitioner's motion for a voluntary dismissal of the writ petition in this matter is granted. The petition for a writ of mandamus is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: *B. Mooneyhan*

cc:    Hon. Ronald J. Israel, District Judge
       Lansford Levitt, Settlement Judge
       Tannery Law Office
       Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
       Donath & Medrala Prof. LLC
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-02820